AO 442 (Rev 11/11) Arrest Warrant                    FIN# 95940015

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

**SEALED**

**FILED**

AUG 0 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.

Daniela Greene aka Dani Greene

Case: 1:14-mj-00487
Assigned To : Magistrate Judge Alan Kay
Assign. Date : 08/01/2014
Description: Criminal Complaint and Arrest

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Daniela Greene aka Dani Greene,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

False Statements

Date: 08/01/2014

*Issuing officer's signature*

City and state: Washington, D.C.

United States Magistrate Judge Alan Kay
*Printed name and title*

### Return

This warrant was received on *(date)* 8/8/14, and the person was arrested on *(date)* 8/8/14
at *(city and state)* WASHINGTON, D.C.
Received

Date: 8/8/14

*Arresting officer's signature*

J. Go Cob # 30229  DUSM
*Printed name and title*