UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 0 7 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA    :
                                        :
                                        :
                                        :
v.                                         :
                                        : Criminal No.: 14-0230(RC)
                                        :
DANIELA GREENE,               :
                                        :
Defendant.                    :

## ORDER TO UNSEAL

Having considered the Government's Motion to Unseal and to Substitute Redacted Versions of Some Documents ("Motion to Unseal"), and in consideration of the criteria set forth in *United States v. Hubbard*, 650 F.2d 293, 315 (D.C. Cir 1981), the representations made in the United States' Motion to Seal, docketed at ECF Dkt # 16, and the representations made in the United States' Motion to Unseal, the Court finds the following:

1.    The Court finds that the need for sealing of the documents listed below no longer exists, and it is hereby **ORDERED** that the following documents be unsealed:

- Complaint (ECF Dkt. # 1)(without attachments)
- the redacted version of the Affidavit in support of the Complaint, which the Court hereby accepts as filed (ECF Dkt #52-1);
- Motion to Seal Complaint and Related Documents (ECF Dkt. # 2);
- Order granting the government's Motion to Seal (ECF Dkt. # 3);
- Arrest Warrant, (face sheet only) (ECF Dkt. # 4);
- Waiver of Preliminary Hearing (ECF Dkt. # 5);
- Notice of Attorney Appearance (ECF Dkt. # 6);

- Motion for a Protective Order (ECF Dkt. # 7);

- Protective Order (ECF Dkt. # 8);

- Memorandum of Understanding (ECF Dkt. # 9);

- Order to Continue (ECF Dkt. # 10);

- Order to Continue (ECF Dkt. # 11);

- Consent Motion to Continue and for Exclusion of Time Under the Speedy Trial Act (ECF Dkt. # 12);

- Order granting Consent Motion to Continue and for Exclusion of Time Under the Speedy Trial Act (ECF Dkt. # 14);

- Information (ECF Dkt # 15);

- Motion to Seal Information and Related Documents (ECF Dkt. # 16);

- Order granting Motion to Seal Information and Related Documents (ECF Dkt. # 17);

- Plea Agreement (ECF Dkt. # 18);

- the redacted version of the Proffer of Proof, which the Court hereby accepts as filed (ECF Dkt #52-2);

- Waiver of Indictment (ECF Dkt. # 20);

- Waiver of Right to Trial by Jury (ECF Dkt. # 21);

- Sentencing Scheduling Order (ECF Dkt. # 22);

- Unopposed Motion to Continue Sentencing (ECF Dkt. # 23);

- Order granting the Motion to Continue Sentencing (ECF Dkt # 24);

- Unopposed Motion for Temporary Release (ECF Dkt. # 25);

- Order granting Motion for Temporary Release (ECF Dkt. # 26);

- Unopposed Motion to Extend Time for Filing (ECF Dkt. # 29);

- Order granting Motion to Extend Time (ECF Dkt. # 30);

- Notice of Classified Filing (ECF Dkt. # 31);

- the redacted version of the Government's Motion for Departure and Memorandum in Aid of Sentencing which the Court hereby accepts as filed (ECF Dkt #52-3);

- Defendant's Memorandum in Aid of Sentencing (ECF Dkt. #53);

- Unopposed Motion to Continue Sentencing (ECF Dkt # 42);

- Order granting Motion to Continue Sentencing (ECF Dkt # 43);

- Government's Motion to Unseal and to Substitute Redacted Versions of Some Documents;

- this Order; and

- the Court's Electronic Court Filing Docket related to this case.

Unsealing these documents will allow appropriate public access to and knowledge of the circumstances of this case, since these documents set forth the circumstances of the crime committed, the course of the prosecution and the resolution of the case

2.   In consideration of the criteria set forth in *United States v. Hubbard,* 650 F.2d 293, 315 (D.C. Cir. 1981), and the representations made in the United States' Motion to Unseal, which this Court adopts as findings of fact, this Court finds that reason still exists to allow certain redactions, documents and tapes and hearing transcripts related to this case to remain under seal. The Court finds that the government-proposed redactions to the Affidavit in Support of the Arrest Warrant, the Proffer of Fact, and the Government's Motion for Departure and Memorandum in Aid of Sentencing are narrowly tailored to address specific safety concerns or other concerns, which are made obvious by the content of the redacted materials. As such the content of these redactions as well as the unredacted versions of these documents, shall remain under seal

3.      The Government's Classified Addendum to its Memorandum in Aid of Sentencing (see Notice of Classified Filing, ECF Dkt. # 31) and the Defendant's Memorandum in Aid of Sentencing (*see* ECF Dkt # 32) each contain information the Government has indicated remains classified  The Defendant's Memorandum in Aid of Sentencing, the Unclassified Addendum to the Government's Motion for Departure and Memorandum in Aid of Sentencing (see ECF Dkt # 41) and tapes and transcripts of hearings in this case contain discussions of the specifics of the defendant's cooperation which, if revealed, are likely to raise safety concerns for the defendant and for others. The remaining documents filed in the case are unredacted versions of documents or original versions of documents discussed in this paragraph which have since been replaced by substitution.  As such, the documents not unsealed in paragraph 2 above either cannot be lawfully made public by virtue of their classification, or meet the requirements to remain under seal enunciated by the D.C. Circuit in *United States v. Hubbard* (650 F.2d 293, 315 (D.C. Cir 1981))

4       An analysis of the *Hubbard* factors reveals no demonstrable public need to access these few remaining materials at the present time.  The public has had no prior access to the relevant materials.  There has been no objection raised as to the continued sealing of these portions of the case.  The parties that have a privacy interests in these documents—both the government and the defendant—would be served by keeping these portions of the case under seal.  Disclosure of these materials is likely to compromise the safety of individuals and cause prejudice to the defendant.  No countervailing need for sealing is present.

5.      For these reasons, it is **FURTHER ORDERED** that the redacted portions of the documents listed in paragraph 2 as well as the unredacted versions of said documents, and

the documents, tapes and transcripts listed in paragraph 3 shall remain under seal.

**SO ORDERED.**

Date: 5/7/2015

RUDOLPH CONTRERAS, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

cc: Thomas A. Gillice
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530

Shawn Moore
Office of the Federal Public Defender
641 Indiana Avenue, NW
Washington, D.C. 20001